PERETORE & PERETORE, P.C.
110 Park Street
Staten Island, NY 10306
(718)667-8785
Attorneys for Wells Fargo Equipment Finance, Inc.

___/s/ Frank Peretore___
Frank Peretore, Esq.
FP#7020

Hearing Date: 5/5/11
Hearing Time: 12:30 p.m.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re:

MOISE BANAYAN,

    Debtor.
-----------------------------------------------X

WELLS FARGO EQUIPMENT
FINANCE, INC.,

    Plaintiff,

-against-

MOISE BANAYAN,

    Defendant.
--------------------------------------------

X Case No. 08-60954-6-dd
: Chapter 7

FILED 2011 APR 26 PM 12:39 CLERK OF THE BANKRUPTCY COURT N.D. OF NY UTICA

: Adv. Pro. No.: 08-80039-6-dd

: ORDER SHORTENING TIME PERIOD
: FOR NOTICE AND SETTING HEARING

X

    Upon consideration of the application of Peretore & Peretore, P.C., attorneys for Wells Fargo Equipment Finance, Inc., for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown,

    IT IS on this 26th day of April, 2011,

    ORDERED as follows:

    1. The time period required by Local Rule 3 [or Fed. R. Bankr. P. 2002 or other rule] for

notice of hearing on Wells Fargo Equipment Finance, Inc.'s Motion for an Order Dismissing Adversary Proceeding is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/ application on May 5, 2011 at 12:30 p.m. in the U.S. Federal Building & Courthouse, 15 Henry Street, Binghamton, NY.

3. True copies of this order, the application for it, and the moving papers shall be served upon the following:

> Moise Banayan, Debtor
> 30 Main Street
> Ogdensburg, NY 13669
>
> Zvi S. Rosen, Esq.
> Cohen Tauber Spievack & Wagner, P.C.
> 420 Lexington Avenue - Suite 2400
> New York, New York 10170
>
> Christian H. Dribusch, Chapter 7 Trustee
> Patroon Building
> 5 Clinton Square
> Albany, NY 12207
>
> Erin Champion
> Guy A. VanBaalen
> United States Trustee's Office
> US Courthouse
> 10 Broad Street, Room 105
> Utica, NY 13501

by Federal Express overnight and by First Class mail on all creditors on the Creditor Mailing Matrix within 1 day(s) of the date hereof.

4. Immediate telephone notice of entry of this order shall also be given to said parties except for debtor as we do not his telephone number.

5. Any objections to said motion/application shall be filed and served so as to be received no later than 4:00 p.m. on May 3, 2011.

6. Court appearances will be required to prosecute said motion/application and any objections.

_____  April 26, 2011
Hon. Diane Davis
U.S. Bankruptcy Court Judge